KUSKIE, *Appellant,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 77 0028, CA 7781)
566 P2d 1226

See also Or App 566 P2d 1277.

J. W. McCracken, Jr., Eugene, argued the cause and filed the brief for appellant.

Kevin L. Mannix, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Glenda L. Green, Certified Law Student, Salem.

Before Schwab, Chief Judge, and Lee and Tanzer, Judges.

PER CURIAM.

**PER CURIAM.**

In this worker's compensation case claimant contends that his condition has worsened in such a manner and to such degree as to warrant reopening his claim for aggravation. The triers of fact who preceded us in hearing this case held to the contrary. The issue is purely one of fact and we can usefully say no more than that our review of the evidence leads us to agree.

Affirmed.